IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN R. KRAVITZ, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | |
| JEFFREY A. NIEZGODA, | : | |
| Defendant. | : | No. 12-487 |

### O R D E R

**AND NOW**, this 20th day of September, 2012, upon consideration of the Motion to Dismiss Plaintiff's Amended Complaint (Docket No. 9) and Plaintiff's Opposition thereto (Docket No. 10), it is hereby **ORDERED** that the Motion (Docket No. 9) is **DENIED**. Defendant shall answer Plaintiff's Amended Complaint no later than 14 days from the date of this Order.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE